**ALLSUP v. McVILLE, INC.**

[353 N.C. 359 (2001)]

MICHELLE PARLET ALLSUP v. McVILLE, INC.

No. 371A00

(Filed 6 April 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 415, 533 S.E.2d 823 (2000), affirming a judgment entered 6 May 1999 by Hooks, J., in Superior Court, Chatham County. Heard in the Supreme Court 14 February 2001.

*Moody, Williams & Roper, by C. Todd Roper, for plaintiff-appellant.*

*Tuggle, Duggins & Meschan, P.A., by Leonard A. Colonna, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.